UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
IRMA WARREN, An Individual and on :
Behalf of All Others Similarly Situated, :
: Case No. 14-CV-5976 (VC)(AJP)
Plaintiffs, :
:
vs. : **RULE 7.1 STATEMENT**
:
JAMES C. BENDER & ASSOCIATES and :
ACTION COLLECTION CO., :
:
Defendants, :
---------------------------------------------------- x

      Defendant, Action Collection Co., ("Action Collection" or "Defendant") by and through its undersigned counsel, by and through its undersigned counsel, hereby state that it has no parent corporation and no publicly held corporation which owns more than 10% of their stock.


THE INGBER LAW FIRM                    DATED:  October 3, 2014
                                                                        Millburn, New Jersey

By: Mark J. Ingber, Esq.
374 Millburn Avenue, Ste. 301
Millburn, New Jersey 07041
Tel: (973) 921-0080